AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

*(Filed stamp: SEP 27 PM 12:42, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)*

### OFFENSE CHARGED

26 USC § 7206(2) Aiding & Assisting IN the Preparation Of False Tax Returns

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
26 USC § 7206(2) - 3 yrs impris., $250,000 fine, 1 yr superv. rel., $100 assessessment

### DEFENDANT - U.S.
▶ STEVEN K. MURDOCK

**DISTRICT COURT NUMBER**
CR 07 0618 SBA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (If assigned): THOMAS MOORE, AUSA, TAX DIV.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:
7567 Amador Valley Blvd., Ste. 105
Dublin, CA 94568

Date/Time: _____
Before Judge: _____

**Comments:** Contact IRS Special Agent Douglas Doss re service of Summons (925) 974-3713



**United States District Court**

FILED 2007 SEP 27 PM 12:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: OAKLAND

CR 07 0618 SBA

UNITED STATES OF AMERICA

v.

STEVEN K. MURDOCK

DEFENDANT.

---

**INDICTMENT**

---

A TRUE BILL.

INDICT.

_____
FOREMAN

Filed in open court this 27th Day of September 2007

_____
Clerk

Bail, $ Summons to appear

SCOTT SCHOOLS (SCSBN 9990)
United States Attorney

E-Filing

FILED
07 SEP 27 PM 12:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 07 0618 SBA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Criminal No. CR- |
| | ) |
| v. | ) VIOLATION: 26 USC § 7206(2) Aiding and Assisting in the Preparation Of False Tax Returns (12 Counts) |
| STEVEN K. MURDOCK, | ) |
| Defendant. | ) |
| | ) OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH TWELVE (26 U.S.C. § 7206(2))

On or about the dates set forth below, in the Northern District of California, the defendant,

STEVEN K. MURDOCK,

then a resident of Dublin, California, did willfully aid and assist in, and procure, counsel, and advise, the preparation and presentation to the Internal Revenue Service of false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers and calendar years and materially false items specified below in that the defendant STEVEN K. MURDOCK prepared the tax returns described below which contained materially false items which defendant STEVEN K. MURDOCK then and there well knew the returns were false.

INDICTMENT                                                       1

| COUNT | DATE OF OFFENSE ON OR ABOUT | TAXPAYER AND TYPE OF RETURN | CALENDAR TAX YEAR RETURN | MATERIAL FALSE ITEM |
|---|---|---|---|---|
| 1 | April 15, 2003 | TS 1040 | 2002 | Line 41, Taxable income $109,090 |
| 2 | April 15, 2004 | TS 1040 | 2003 | Line 40, Taxable Income $117,690 |
| 3 | October 24, 2002 | JK 1040 | 2001 | Line 39, Taxable income $304,987 |
| 4 | July 26, 2004 | JK 1040 | 2002 | Line 41, Taxable income $302,526 |
| 5 | January 23, 2002 | RM 1040 | 2000 | Line 39, Taxable income $318,474 |
| 6 | May 6, 2002 | RM 1040 | 2001 | Line 39, Taxable income $649,368 |
| 7 | April 15, 2003 | RM 1040 | 2002 | Line 41, Taxable income $330,929 |
| 8 | October 4, 2004 | RM 1040 | 2003 | Line 40, Taxable income $548,462 |
| 9 | April 15, 2002 | RG 1040 | 2001 | Line 39, Taxable income $35,270 |
| 10 | October 17, 2004 | RK 1040 | 2003 | Line 40, Taxable income $21,195 |
| 11 | April 15, 2002 | MW 1040 | 2001 | Line 39, Taxable income $348,436 |
| 12 | April 15, 2003 | MW 1040 | 2002 | Line 41, Taxable income $86,451 |

In violation of Title 26, United States Code, Section 7206(2).

Dated: 9-27-07

SCOTT N. SCHOOLS
United States Attorney

BRIAN STRETCH
Chief, Criminal Section

Approved as to Form

THOMAS MOORE
Assistant United States Attorney

A True Bill

FOREPERSON

INDICTMENT                2