UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 10/30/07

**CR 07-00618SBA**                          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**MURDOCK**                                 Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

**TOM MOORE**                               **JOYCE LEAVITT**
**U.S. ATTORNEY**                           **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**            **STARR WILSON**
                                                                 **Court Reporter**

 Interpreter                                Probation Officer

### PROCEEDINGS

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   PARTIES TO MEET AND CONFER REGARDING A DOCTOR TO DO A EVALUATION OF THE DEFENDANT REGARDING HIS COMPETENCY; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 11/6/07**

**JUDGMENT:**

### PROCEEDINGS

**Case Continued to  11/6/07          for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**