UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/6/07

CR 07-00618SBA               JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

STEVEN K. MURDOCK            Present (X) Not Present ( ) In Custody ( )
   DEFENDANT(S)

<u>  TOM MOORE  </u>               <u>  JOYCE LEAVITT  </u>
U.S. ATTORNEY                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       <u>STARR WILSON</u>
                                     Court Reporter

 Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL</u>

 **JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>11/27/07</u> for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: