1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant U.S. Attorney
3   450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
4   Telephone: (415) 436-7017
    Facsimile: (415) 436-6748
5
   Attorney for Plaintiff
6
7                          UNITED STATES DISTRICT COURT
8                         NORTHERN DISTRICT OF CALIFORNIA
9                                 OAKLAND DIVISION
10
11 UNITED STATES OF AMERICA,         )
                                     )    Criminal No. CR-07-0618-SBA
12        Plaintiff,                 )
                                     )
13        v.                         )
                                     )
14 STEVEN K. MURDOCK,                )    **[Proposed] SPEEDY TRIAL ORDER**
                                     )
15        Defendant.                 )
   _____   )
16                                   )

17       This matter was scheduled to come before the Court on November 27, 2007. Upon the

18 parties' request, and for the reason that discovery records sought from a third party have not yet

19 been provided to either party, the matter was set over to December 18, 2007 at 9:00.

20       The parties agree that the ends of justice to be served in continuing the status conference

21 to December 18, 2007, outweigh the public's and the defendant's interests in a speedy trial, and

22 that the time from November 27, 2007, through December 18, 2007, is properly excludable under

23 the Speedy Trial Act based on the need for effective preparation of counsel pursuant to 18 U.S.C.

24 § 3161(h)(8)(A) & (B)(iv).

25 ///

26 ///

27 ///

28 [Proposed] Speedy Trial Order
   Case No: CR-07-0618-SBA

1  Accordingly, the parties respectfully request that the Court exclude time from November 27, 2007, through December 18, 2007, for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: November 27, 2007

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorneys
Attorneys for the United States of America

BARRY J. PORTMAN
Federal Public Defender

Dated:  November 27, 2007

/s/ Joyce Leavitt
JOYCE LEAVITT
Assistant Federal Public Defender
Counsel for Defendant Steven K. Murdock

**ORDER**

IT IS HEREBY ORDERED that the time from November 27, 2007, through December 18, 2007, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), based on the reasons set forth above.

Dated: _____

SAUNDRA BROWN ARMSTRONG
United States District Judge

[Proposed] Speedy Trial Order
Case No: CR-07-0618-SBA

2