SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant U.S. Attorney
 450 Golden Gate Avenue, 9th Floor
 San Francisco, California 94102
 Telephone: (415) 436-7017
 Facsimile: (415) 436-6748

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. CR-07-0618-SBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVEN K. MURDOCK, ) | **[Proposed] SPEEDY TRIAL ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter is scheduled to come before the Court on December 18, 2007. Upon the parties' request, and for the reason that incomplete discovery records were provided to the parties by a third party and because additional time is needed to obtain the remainder of the requested records, this matter should be set over to January 15, 2007 at 9:00 a.m.

The parties agree that the ends of justice to be served in continuing the status conference to January 15, 2008, outweigh the public's and the defendant's interests in a speedy trial, and that the time from December 18, 2007 to January 15, 2008, is properly excludable under the Speedy Trial Act based on the need for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

///

///

[Proposed] Speedy Trial Order                    1
Case No: CR-07-0618-SBA

Accordingly, the parties respectfully request that the Court exclude time from December 18, 2007 through January 15, 2008, for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and continue this matter to January 15, 2008.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: December 17, 2007    /s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorneys
Attorneys for the United States of America

BARRY J. PORTMAN
Federal Public Defender

Dated: December 17, 2007    /s/ Joyce Leavitt
JOYCE LEAVITT
Assistant Federal Public Defender
Counsel for Defendant Steven K. Murdock

**ORDER**

IT IS HEREBY ORDERED that the time from December 18, 2007 through January 15, 2008, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), based on the reasons set forth above.

Dated: _____

SAUNDRA BROWN ARMSTRONG
United States District Judge

[Proposed] Speedy Trial Order            2
Case No: CR-07-0618-SBA