UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 1/15/08

CR 07-00618SBA        JUDGE: SAUNDRA BROWN ARMSTRONG

MURDOCK        Present (X) Not Present ( ) In Custody ( )
   DEFENDANT(S)

GARTH HIRE                         JOYCE LEAVITT
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark         RAYNEE MERCADO
                                    Court Reporter

Interpreter                         Probation Officer

PROCEEDINGS

REASON FOR HEARING:    STATUS - HELD

RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 2/5/08

JUDGMENT:

PROCEEDINGS

Case Continued to  2/5/08  for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: