**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:2/5/08

CR 07-00618SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MURDOCK**                       Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

<u> TOM MOORE </u>                 <u>   JOYCE LEAVITT         </u>
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark        <u>  DIANE SKILLMAN   </u>
                                   Court Reporter

  Interpreter                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  3/4/08   for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: