UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 3/4/08

CR 07-00618 SBA               JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**STEVEN MURDOCK**                Present (x) Not Present ( ) In Custody ( )
   DEFENDANT(S)

<u>  JAMES MANN         </u>            <u>  JOYCE LEAVITT           </u>
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark          <u>  DIANE SKILLMAN        </u>
                                              Court Reporter

 Interpreter                            Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**    STATUS - HELD

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON THE ADEQUATE PREPARATION OF GOVERNMENT COUNSEL UNTIL 3/18/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u> 3/18/08   </u> for <u>Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing</u> @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: