**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:3/18/08

CR 07-00618SBA        JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MURDOCK**                    Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

<u> TOM MOORE </u>                    <u>    JOYCE LEAVITT          </u>
**U.S. ATTORNEY**                **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**           <u>    DIANE SKILLMAN       </u>
                                **Court Reporter**

 Interpreter                    Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 4/1/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to <u>4/1/08</u>   for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**