BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant MURDOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0618 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER REFERRING CASE FOR |
| | ) | COMPETENCY HEARING; |
| | ) | CONTINUING STATUS DATE |
| STEVEN K. MURDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Steven K. Murdock and the government, through undersigned counsel, hereby stipulate and jointly move that the Court conduct a hearing to determine the mental competency of the defendant, pursuant to 18 U.S.C. §4241(a). The parties further stipulate and jointly move that the Court order that a neuropsychiatric examination be conducted of the defendant and filed with the Court in accordance with 18 U.S.C. §4241(b). The parties jointly recommend that the examination be conducted by Dr. Jonathan Mueller, M.D., a neuropsychiatrist affiliated with San Francisco Clinical Neurosciences whose area of expertise is psychiatry and neuroscience as it relates to the identification and treatment of Alzheimer's and other dementia -related illnesses.

*United States v. Murdock*, CR 07-0618 SBA
Stip. to Set for Competency Hrg; Cont. Status          - 1 -

1  The parties further stipulate that the next court date, currently set for April 1, 2008, at 9:00 a.m.
2  be continued four weeks for status regarding competency evaluation.
3  The parties further stipulate and agree that the time between April 1, 2008 and April 29, 2008
4  should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(A) because of the
5
6  need to conduct examinations and judicial proceedings to determine the competency of the
7  defendant.

8                                               /S/
   DATED:  3/27/08        _____
9
                          JOYCE LEAVITT
10                        Assistant Federal Public Defender

11

12                                              /S/
   DATED: 3/27/08         _____
13
                          THOMAS MOORE
14                        Assistant United States Attorney

15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
16  "conformed" signature (/S/) within this e-filed document.

17

18

19

20

21

22

23

24

25

26

*United States v. Murdock*, CR 07-0618 SBA
Stip. to Set for Competency Hrg; Cont. Status        - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a hearing be conducted to determine the mental competency of the defendant in accordance with 18 U.S.C. §4241(a).

IT IS FURTHER ORDERED that a psychiatric examination be conducted of the defendant by Dr. Jonathan Mueller, M.D. and filed with the Court in accordance with 18 U.S.C. §4241(b).

IT IS FURTHER ORDERED that the status date currently scheduled for April 1, 2008 be vacated and continued to April 29, 2008 at 9:00 a.m. and that the time from April 1, 2008 to April 29, 2008 be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(A) because of the need to conduct examinations and judicial proceedings to determine the mental competency of the defendant.

SO ORDERED.

DATED: _____

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge