UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/1/08

CR 07-00618SBA                         JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MURDOCK**                             Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

<u>TOM MOORE</u>                              <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark             <u>DIANE SKILLMAN</u>
                                        Court Reporter

Interpreter                             Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** PARTIES TO SUBMIT STIPULATION FOR EXCLUDABLE TIME BASED ON COURT REFERRING MATTER FOR COMPETENCY HEARING ;

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  4/29/08  for Status Re: Competency Hearing/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: