1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4
    Counsel for Defendant MURDOCK
5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    )
                                                 )   No. CR 07-0618 SBA
12                      Plaintiff,               )
                                                 )   STIPULATION AND [PROPOSED]
13          v.                                   )   ORDER REFERRING CASE FOR
                                                 )   COMPETENCY HEARING
14                                               )
15  STEVEN K. MURDOCK,                           )
                                                 )
16                      Defendant.               )

17
        Defendant Steven K. Murdock and the government, through undersigned counsel, hereby
18
    stipulate and jointly move that the Court conduct a hearing to determine the mental competency of
19
    the defendant, pursuant to 18 U.S.C. §4241(a). The parties further stipulate and jointly move that
20
    the Court order that a neuropsychiatric examination be conducted of the defendant and filed with the
21
    Court in accordance with 18 U.S.C. §4241(b). The parties jointly recommend that the examination
22
    be conducted by Dr. Jonathan Mueller, M.D., a neuropsychiatrist affiliated with San Francisco
23
    Clinical Neurosciences whose area of expertise is psychiatry and neuroscience as it relates to the
24
    identification and treatment of Alzheimer's and other dementia -related illnesses. The reason for the
25

26

*United States v. Murdock*, CR 07-0618 SBA
Stip. to Set for Competency Hearing          - 1 -

1    requested competency evaluation is that Steven K. Murdock has been diagnosed with Alzheimer's

2    disease. His affairs are currently being handled by a conservator. In addition, a state court judge in

3    a civil case which was pending against Mr. Murdock in 2006 found Mr. Murdock incompetent to

4    proceed in the civil matter after Mr. Murdock was evaluated by a neuropsychologist in connection

5    with that matter. While the standard for competency in a federal criminal case may differ from the

6

7    standard which applied to the state civil matter, the parties agree that an evaluation is necessary.

8        The parties further stipulate and agree that the time until the next status appearance on April

9    29, 2008 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(A)

10   because of the need to conduct examinations and judicial proceedings to determine the competency

11   of the defendant.

12

13                                                          /S/
     DATED:    April 2, 2008        _____

14                                  JOYCE LEAVITT
                                    Assistant Federal Public Defender

15

16                                                          /S/

17   DATED:    April 2, 2008        _____

                                    THOMAS MOORE
18                                  Assistant United States Attorney

19

20                          SIGNATURE ATTESTATION

21       I hereby attest that I have on file all holograph signatures for any signatures indicated by

22   a "conformed" signature (/S/) within this e-filed document.

23

24

25

26

*United States v. Murdock*, CR 07-0618 SBA
Stip. to Set for Competency Hearing              - 2 -

1

## ORDER

2

3      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a hearing be conducted to

4    determine the mental competency of the defendant in accordance with 18 U.S.C. §4241(a).

5      IT IS FURTHER ORDERED that a psychiatric examination be conducted of the defendant by

6    Dr. Jonathan Mueller, M.D. and filed with the Court in accordance with 18 U.S.C. §4241(b).

7      IT IS FURTHER ORDERED that the time from now until the next status date, currently

8    scheduled for April 29, 2008, at 9:00 am., be excluded under the Speedy Trial Act, pursuant to 18

9    U.S.C. §3161(h)(1)(A) because of the need to conduct examinations and judicial proceedings to

10   determine the mental competency of the defendant.

11

12      SO ORDERED.

13

14   DATED:                                          _____

15                                                   HON. SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge
16

17

18

19

20

21

22

23

24

25

26

*United States v. Murdock*, CR 07-0618 SBA
Stip. to Set for Competency Hearing            - 3 -