1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant MURDOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0618 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER REFERRING CASE FOR |
| | ) | COMPETENCY HEARING |
| | ) | |
| STEVEN K. MURDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Steven K. Murdock and the government, through undersigned counsel, hereby stipulate and jointly move that the Court conduct a hearing to determine the mental competency of the defendant, pursuant to 18 U.S.C. §4241(a). The parties further stipulate and jointly move that the Court order that a neuropsychiatric examination be conducted of the defendant and filed with the Court in accordance with 18 U.S.C. §4241(b). The parties jointly recommend that the examination be conducted by Dr. Jonathan Mueller, M.D., a neuropsychiatrist affiliated with San Francisco Clinical Neurosciences whose area of expertise is psychiatry and neuroscience as it relates to the identification and treatment of Alzheimer's and other dementia -related illnesses. The reason for the

requested competency evaluation is that Steven K. Murdock has been diagnosed with Alzheimer's disease. His affairs are currently being handled by a conservator. In addition, a state court judge in a civil case which was pending against Mr. Murdock in 2006 found Mr. Murdock incompetent to proceed in the civil matter after Mr. Murdock was evaluated by a neuropsychologist in connection with that matter. While the standard for competency in a federal criminal case may differ from the standard which applied to the state civil matter, the parties agree that an evaluation is necessary.

The parties further stipulate and agree that the time until the next status appearance on April 29, 2008 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(A) because of the need to conduct examinations and judicial proceedings to determine the competency of the defendant.

DATED:   April 2, 2008

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED:   April 2, 2008

/S/
_____
THOMAS MOORE
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a hearing be conducted to determine the mental competency of the defendant in accordance with 18 U.S.C. §4241(a).

IT IS FURTHER ORDERED that a psychiatric examination be conducted of the defendant by Dr. Jonathan Mueller, M.D. and filed with the Court in accordance with 18 U.S.C. §4241(b).

IT IS FURTHER ORDERED that the time from now until the next status date, currently scheduled for April 29, 2008, at 9:00 am., be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(A) because of the need to conduct examinations and judicial proceedings to determine the mental competency of the defendant.

SO ORDERED.

DATED: 4/7/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge