**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/29/08

CR 07-00618SBA                                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MURDOCK**                              Present (x)  Not Present ( )  In Custody ( )
    DEFENDANT(S)

<u>TOM MOORE</u>                              <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                              ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                <u>STARR WILSON</u>
                                            Court Reporter

 Interpreter                                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS RE: MENTAL COMPETENCY - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON PENDACY OF MENTAL EXAMINATION OF DEFENDANT TO 6/3/08</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>6/3/08</u> **for** Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
cc: