**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/3/08

**CR 07-00618SBA**              **JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>**

**MURDOCK**                     Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

<u>STEVE CORRIGAN</u>                         <u>JOYCE LEAVITT</u>
**U.S. ATTORNEY**                **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:** Lisa R. Clark            <u>DIANE SKILLMAN</u>
                               **Court Reporter**

 **Interpreter**                             **Probation Officer**

**PROCEEDINGS**

**REASON FOR HEARING: STATUS RE: MENTAL COMPETENCY - HELD**

**RESULT OF HEARING: PARTIES GAVE COURT COPY OF EVALUATION FROM DOCTOR; COURT FINDS EXCLUDABLE TIME BASED ON DEPENDENCY OF COMPETENCY HEARING AND ADEQUATE PREPARATION OF COUNSEL UNTIL 6/24/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 6/24/08 **for/STATUS RE: MENTAL COMPETENCY/ Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:**___ **Days/weeks) at 8:30 a.m.**
**Case Continued to**_____ **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____ **for Change of Plea @ 11:00 a.m.**
**cc:**