**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                                                     No. C 07-00618 SBA

           Plaintiff,                          **CLERK'S NOTICE**

     v.

STEVEN MURDOCK,

           Defendant.
_____/

          The Status Re: Mental Competency set for Tuesday, June 24, 2008, at 9:00 a.m., has

been moved to Thursday, June 19, 2008, at 9:00 a.m.

Dated: 6/11/08                               FOR THE COURT,

                                             Richard W. Wieking, Clerk

                                             By:_____
                                                LISA R. CLARK
                                                Courtroom Deputy

To: