JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR - 07-0618-SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| STEVEN K. MURDOCK, | ) | (Oakland Venue) |
| Defendant. | ) | |
| | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: June 13, 2008                                      Respectfully submitted,

                                                          JOSEPH P. RUSSONIELLO
                                                          United States Attorney


                                                          /s/ Brian Stretch
                                                          BRIAN J. STRETCH
                                                          Chief, Criminal Division

**IT IS SO ORDERED**: _____

Leave is granted to the government to dismiss the indictment.

Date: _____                                    _____
                                                          United States District Judge