```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
3  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7017
6
   Attorneys for Plaintiff
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR - 07-0618-SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| STEVEN K. MURDOCK, | ) | (Oakland Venue) |
| | ) | |
| Defendant. | ) | |
| | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: June 13, 2008                              Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney


                                                  /s/ Brian Stretch
                                                  BRIAN J. STRETCH
                                                  Chief, Criminal Division

**IT IS SO ORDERED**: _____

Leave is granted to the government to dismiss the indictment.

Date:  6/16/08                                    _____
                                                  United States District Judge